UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:91-HC-350-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| RAPHAEL MENDEZ, | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's 19 May 2011 *pro se* motion to clarify the court's 4 May 2011 order granting respondent's motion for a hearing to determine whether he should be discharged from commitment under 18 U.S.C. § 4246. Because respondent is represented by counsel, the motion is DENIED WITHOUT PREJUDICE, subject to being refiled by counsel as necessary.

This 3 August 2011.

W. Earl Britt
Senior U.S. District Judge